**Electronically Filed
Supreme Court
SCWC-14-0001108
15-JUL-2016
09:34 AM**

SCWC-14-0001108

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MICKEY A. MADDOX,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001108; CAAP-14-0001109;
SPECIAL PROCEEDING PRISONER NO. 13-1-0004
(CRIMINAL NOS. 07-1-0139 and 09-1-0284))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner Appellant's Application for Writ

of Certiorari, filed on June 1, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 15, 2016.

Mickey A. Maddox
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

